IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | |
|---|---|
| Jeremy Pinson, #16267-064, ) | C/A NO. 8:09-2131-CMC-BHH |
| ) | |
| Petitioner, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| M. Martin, Warden FCI – Edgefield, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

This matter is before the court on Petitioner's *pro se* application for habeas corpus relief, filed in this court pursuant to 28 U.S.C. § 2241.

In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02 (B)(2)(c), DSC, this matter was referred to a United States Magistrate Judge for pre-trial proceedings and a Report and Recommendation. On October 7, 2009, Magistrate Judge Bruce Howe Hendricks issued a Report recommending that this petition be transferred to the Northern District of Alabama. The Magistrate Judge advised Petitioner of the procedures and requirements for filing objections to the Report and Recommendation and the serious consequences if he failed to do so. In response to the Report, Petitioner filed a motion for voluntary dismissal under Federal Rule of Civil Procedure 41.

Petitioner's motion to dismiss is **granted**. This matter is dismissed without prejudice and without issuance and service of process on Respondent.

**IT IS SO ORDERED.**

> s/ Cameron McGowan Currie
> CAMERON MCGOWAN CURRIE
> UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
November 5, 2009